

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00193-CV

Alfonso **TREVIÑO** III, Individually and as Representative and Beneficiary of the Estate of
Geraldine Trevino, and as Next Friend of C.T. and A.T. IV, Minors,
Appellant

v.

### CITY OF SAN ANTONIO
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17867
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.
Costs of court for this appeal are taxed against Alfonso Treviño III.

SIGNED December 13, 2023.

Patricia O. Alvarez, Justice